**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| MOSAID TECHNOLOGIES INC., <br><br> Plaintiff, <br><br> LSI Corporation, <br><br> Involuntary Plaintiff, <br><br> Agere Systems LLC, <br><br> Involuntary Plaintiff, <br><br> v. <br><br> XILINX, INC. <br><br> Defendant. | C.A. No.: 6:12-cv-00847 (LEAD CASE) <br><br> JURY TRIAL DEMANDED |
| MOSAID TECHNOLOGIES INC., <br><br> Plaintiff, <br><br> LSI Corporation, <br><br> Involuntary Plaintiff, <br><br> Agere Systems LLC., <br><br> Involuntary Plaintiff, <br><br> v. <br><br> ST MICROELECTRONICS, INC. <br><br> Defendant. | C.A. No.: 6:12-cv-00848 <br> (CONSOLIDATED WITH <br> C.A. No.: 6:12-cv-00847) <br><br> JURY TRIAL DEMANDED |

**ORDER**

The Court has considered the unopposed motion of Plaintiff MOSAID Technologies Inc. to change its name to "Conversant Intellectual Property Management Inc." in the case caption and the Court's records to reflect a corporate name change. The Court is of the opinion that the

Motion should be GRANTED.

IT IS THEREFORE ORDERED that the case caption and the Court's records for the above-captioned action shall be changed from this point forward to indicate the corporate name change of Plaintiff MOSAID Technologies Inc. to "Conversant Intellectual Property Management Inc.".

**It is SO ORDERED.**

**SIGNED this 7th day of May, 2014.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE