UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **Conversant Intellectual Property Management Inc.,** | |
| Plaintiff; | **Case No. 6:12-cv-00847-MHS** |
| **LSI Corporation,** | LEAD CONSOLIDATED CASE |
| Involuntary Plaintiff; | |
| **Agere Systems, Inc.,** | |
| Involuntary Plaintiff; | |
| v. | |
| **Xilinx, Inc.,** | |
| Defendant. | |
| **Conversant Intellectual Property Management Inc.,** | |
| Plaintiff; | |
| **LSI Corporation,** | |
| Involuntary Plaintiff; | |
| **Agere Systems, Inc.,** | |
| Involuntary Plaintiff; | |
| v. | |
| **STMicroelectronics, Inc.,** | |
| Defendant. | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Conversant Intellectual Property Management Inc. ("Conversant"), and Involuntary Plaintiffs LSI Corporation and Agere Systems, Inc., and Defendant, Xilinx, Inc., hereby stipulate to the dismissal of the action. All claims of infringement that Plaintiff raised in this action against Xilinx are dismissed WITH PREJUDICE. All defenses or counterclaims that Defendant raised are dismissed WITHOUT PREJUDICE. All other claims of Plaintiffs against the other defendant (STMicroelectronics, Inc.) remain in place and are not in any way waived, discharged or compromised by the entry of this Order. The parties shall each bear their own costs and expenses, including attorneys' fees.

DATED: May 30, 2014

Respectfully submitted,

By: /s/ Elizabeth L. DeRieux
Douglas R. Kertscher
(Georgia Bar No: 416265)
Steven G. Hill
(Georgia Bar No: 354658)
**HILL, KERTSCHER & WHARTON, LLP**
3350 Riverwood Parkway
Suite 800
Atlanta, Georgia 30339
Telephone: (770) 953-0995
Facsimile: (770) 953-1358
drk@hkw-law.com
sgh@hkw-law.com

Respectfully submitted,

By: /s/ Marc H. Cohen by permission ELD
Marc H. Cohen
California Bar No.: 168773
Lien K. Dang
California Bar No.: 254221
Alyssa Liang
California Bar No.: 271238
**KIRKLAND & ELLIS LLP**
3330 Hillview Avenue
Palo Alto, California 94304
Telephone: (650) 859-7000
Facsimile: (650) 859-7500
marc.cohen@kirkland.com
lien.dang@kirkland.com
alyssa.liang@kirkland.com

| | |
|---|---|
| S. Calvin Capshaw<br>(Texas Bar No. 03783900)<br>Elizabeth L. DeRieux<br>(Texas Bar No. 05770585)<br>D. Jeffrey Rambin<br>(Texas Bar No. 00791478)<br>**CAPSHAW DERIEUX, LLP**<br>114 E. Commerce Ave.<br>Gladewater, Texas 75647<br>Telephone: (903) 236-9800<br>Facsimile: (903) 236-8787<br>Email: ccapshaw@capshawlaw.com<br>         ederieux@capshawlaw.com<br>         jrambin@capshawlaw.com<br><br>*Attorneys for Plaintiff Conversant*<br>*Intellectual Property Management Inc.* | Michael E. Jones<br>(Texas Bar No: 10929400)<br>Patrick Clutter, IV<br>(Texas Bar No.: 24036374)<br>**POTTER MINTON**<br>110 North College Avenue<br>Tyler, Texas 75702<br>Telephone:  (903) 597-8311<br>Facsimile:  (903) 593-0846<br>Email:   mikejones@potterminton.com<br>            patrickclutter@potterminton.com<br><br>*Attorneys for Defendant Xilinx, Inc.* |

Respectfully submitted,

By:  /s/ Stefani E. Shanberg  *by permission ELD*
Stefani E. Shanberg
(Texas Bar No.: 24009955)
Nicholas W. Short
(California Bar No. 253922)
**WILSON SONSINI GOODRICH**
     **& ROSATI**
One Market Plaza Spear Tower, Suite 3300
San Francisco, California 94105
Telephone:     (415) 947-2000
Facsimile:     (415) 947-2099
E-Mail: sshanberg@wsgr.com
         nshort@wsgr.com

*Attorneys for Involuntary Plaintiffs*
*LSI Corporation and Agere Systems*
*LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 30th day of May, 2014 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

*/s/ Elizabeth L. DeRieux*
Elizabeth L. DeRieux