UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **Conversant Intellectual Property Management Inc.,**<br><br>        Plaintiff;<br><br>**LSI Corporation,**<br><br>        Involuntary Plaintiff;<br><br>**Agere Systems, Inc.,**<br><br>        Involuntary Plaintiff;<br><br>    v.<br><br>**Xilinx, Inc.,**<br><br>        Defendant. | **Case No. 6:12-cv-00847-MHS**<br><br>LEAD CONSOLIDATED CASE |
| **Conversant Intellectual Property Management Inc.,**<br><br>        Plaintiff;<br><br>**LSI Corporation,**<br><br>        Involuntary Plaintiff;<br><br>**Agere Systems, Inc.,**<br><br>        Involuntary Plaintiff;<br><br>    v.<br><br>**STMicroelectronics, Inc.,**<br><br>        Defendant. | |

## ORDER

The Court, having considered the Parties' Motion to Enter Joint Stipulation of Dismissal as an Order, has determined that said Motion should be granted.

**IT IS, THEREFORE, HEREBY ORDERED** that the the Motion to Enter Joint Stipulation of Dismissal as an Order is **GRANTED** and that Plaintiffs' claims against Defendant Xilinx in Case No. 6:12-cv-00847-MHS be, and hereby are, dismissed with prejudice.  All defenses or counterclaims that Defendant raised are dismissed without prejudice.  All other claims of Plaintiffs against the other defendant (STMicroelectronics, Inc.) remain in place and are not in any way waived, discharged or compromised by the entry of this Order.  The parties shall each bear their own costs and expenses, including attorneys' fees.

 In view of this order, the following motion are DENIED as moot: Doc. Nos. 10, 49, and 91.

**It is SO ORDERED.**

**SIGNED this 19th day of June, 2014.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE